UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEREK DIJUAN MCDONALD,<br><br>　　　　　Defendant. | 2:11-CR-00335-PMP-GWF<br><br>ORDER |

Presently before the Court is Defendant's Motion for Sentence Modification (Doc. #22), filed April 10, 2014. Also before the Court is Defendant's Motion for Immediate House Arrest (Doc. #23), filed April 16, 2014. Also before the Court is Defendant's Motion for Oral Arguments (Doc. #24), filed April 16, 2014. Also before the Court is Defendant's Motion for Immediate Halfway House (Doc. #25), filed April 16, 2014. Also before the Court is Defendant's Motion for Drug Program Release (Doc. #26), filed April 17, 2014.

The Court having read and considered the foregoing Motions, and good cause appearing, IT IS ORDERED that Defendant's Motion for Sentence Modification (Doc. #22), Motion for Immediate House Arrest (Doc. #23), Motion for Oral Arguments (Doc. #24), Motion for Immediate Halfway House (Doc. #25), and Motion for Drug Program Release (Doc. #26) are hereby DENIED.

DATED: April 22, 2014

_____
PHILIP M. PRO
United States District Judge